**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 3048 Disciplinary Docket No. 3 |
| | : |
| NICHOLE E. HUMES, A/K/A | : No. 53 DB 2024 |
| NICHOLE ELIZABETH TULISZEWSKI | : |
| | : (Supreme Court of Illinois, M.R. 032079) |
| | : |
| | : Attorney Registration No. 203709 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2024, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Nichole E. Humes, a/k/a Nichole Elizabeth Tuliszewski, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months. She shall comply with the provisions of Pa.R.D.E. 217.